# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JESSIE E. WASHINGTON,<br>Plaintiff, | : | |
| v. | : | C.A. No. 1:17-cv-00049-S-LDA |
| CITY OF PAWTUCKET,<br>By and through its Treasurer,<br>SHAUN STROBEL, alias,<br>Defendant. | : | |

## STIPULATED JUDGMENT

After consideration of the Joint Motion for Review and Approval of Settlement Agreement and Release of Claims, as well as the entire record in this case, the Court finds that the Settlement Agreement and General Release agreed to and executed by the parties ("Settlement Agreement") reflects a fair and reasonable resolution of a bona fide dispute arising under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, et seq.

It is hereby ORDERED that this case shall be dismissed with prejudice upon the filing of an appropriate joint stipulation of dismissal with prejudice.

ENTERED this 7th day of December, 2017.

SO ORDERED.

_____
William E. Smith, Chief Judge
United States District Court, District of
Rhode Island

Respectfully submitted,

/s/ Vincent F. Ragosta, Jr.
Vincent F. Ragosta, Jr., R.I. Bar No. 2262
   Attorney for the City of Pawtucket
Center Place
50 Park Row West – Suite 101
Providence, Rhode Island 02903
(401) 274-2100 Telephone
v.ragosta@vfr-law.com


/s/ Timothy M. Bliss
Timothy M. Bliss, R.I. Bar No. 6228
   Attorney for the City of Pawtucket
Center Place
50 Park Row West – Suite 101
Providence, Rhode Island 02903
(401) 274-2100 Telephone
tblisslaw@gmail.com


/s/ Richard A. Sinapi
Richard A. Sinapi, R.I. Bar No. 2977
   Attorney for Plaintiff Jessie E. Washington
2374 Post Road, Suite 201
Warwick, Rhode Island 02886
(401) 739-9690 Telephone
(401) 739-9490 Fax
ras@sinapilaw.com

Dated: November 21, 2017

## CERTIFICATE OF SERVICE

To:

**Richard A. Sinapi, Esquire**
**Sinapi Law Associates, Ltd.**
**2374 Post Road, Suite 201**
**Warwick, RI 02886**
**ras@sinapilaw.com**

      I hereby certify that I electronically filed the within document on November 1, 2017 with the Court. and that this document is available for viewing and downloading from the Court's ECF System. Service on all counsel of record will be effectuated by electronic means.

      /s/ Timothy M. Bliss

3